IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 11-cv-00630-BNB

MAY 0 2 2011

JOSHUA E. WINGFIELD,

GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

v.

S.O.R.T. SGT. CLARK,
S.O.R.T. DEPUTY BRIESKE,
S.O.R.T. DEPUTY REID,
S.O.R.T. DEPUTY WOODS, and
FOUR UNKNOWN S.O.R.T. DEPUTIES under Sgt. Clark's command on 2-23-11
   who participated in the use force [sic],

Defendants.

---

## ORDER ASSIGNING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, this case is being assigned to Judge Robert E. Blackburn,

pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristen L. Mix. *See*

D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to Judge Robert E. Blackburn,

pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristen L. Mix.

DATED at Denver, Colorado, this 2nd day of May, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00630-BNB

Joshua E Wingfield
Prisoner No. 07-7222
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155-4918

  I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 2, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
      Deputy Clerk