## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 11-cv-00630-REB-KLM

JOSHUA E. WINGFIELD,

     Plaintiff,

v.

S.O.R.T. SGT. CLARK,
S.O.R.T. DEPUTY BRIESKE,
S.O.R.T. DEPUTY REID,
S.O.R.T. DEPUTY WOODS, and
FOUR UNKNOWN S.O.R.T. DEPUTIES, under Sgt. Clark's command on 2-23-11
    who participated in the use force (sic),

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY  - 6  2011

GREGORY C. LANGHAM
                       CLERK

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

---

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed in forma pauperis.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served  shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated May 6, 2011, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00630-REB-KLM

Joshua E. Wingfield
Prisoner No.  07-7222
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155

US Marshal Service
Service Clerk
Service forms for: Sgt. Clark, Deputy Brieske, Deputy Reid, and Deputy Woods

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Sgt. Clark, Deputy Brieske, Deputy Reid, and Deputy Woods: COMPLAINT FILED 3/14/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/6/11 .

GREGORY C. LANGHAM, CLERK

By:_____
                         Deputy Clerk