IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00630-REB-KLM

JOSHUA E. WINGFIELD,

    Plaintiff,

v.

S.O.R.T. SGT. CLARK,
S.O.R.T. DEPUTY BRIESKE,
S.O.R.T. DEPUTY REID,
S.O.R.T. DEPUTY WOODS, and
FOUR UNKNOWN S.O.R.T. DEPUTIES under Sgt. Clarks [sic] command on 2-23-11 who participated in the use force,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for 45 Day Stay of All Deadlines** [Docket No. 23; Filed June 30, 2011] (the "Motion").  Plaintiff seeks a stay so that he can attempt to obtain counsel.  The Court finds that a stay is unnecessary at this juncture.  A Scheduling Conference is set for October 18, 2011 at 10:30 a.m.  Because the Scheduling Conference has not yet occurred, the Court has not set any hearing or conference dates or case management deadlines, and no discovery can be done.  Accordingly, there are no impending deadlines from which Plaintiff needs relief, and Plaintiff's search for counsel will not prejudice him.

    IT IS HEREBY **ORDERED** that the Motion [#23] is **DENIED**.

    Dated:  July 5, 2011