IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00630-REB-KLM

JOSHUA E. WINGFIELD,

    Plaintiff,

v.

S.O.R.T. SGT. CLARK,
S.O.R.T. DEPUTY BRIESKE,
S.O.R.T. DEPUTY REID,
S.O.R.T. DEPUTY WOODS, and
FOUR UNKNOWN S.O.R.T. DEPUTIES under Sgt. Clarks [sic] command on 2-23-11 who participated in the use force,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Amendment of Pleadings/Joinder of Parties** [Docket No. 32; Filed November 3, 2011] (the "Motion"). Plaintiff does not include factual allegations in support of his request to join an additional defendant to this case, nor does he include a proposed Amended Complaint for the Court's and Defendants' review.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. If Plaintiff is seeking leave to file an Amended Complaint, he must file a motion which complies with the federal and local rules, namely, Fed. R. Civ. P. 15(a) and 20(a), and which includes the proposed Amended Complaint as a document separate from the Motion. Furthermore, Plaintiff must use the form complaint prescribed by this Court. D.C.COLO.LCivR 8.2A. The Court will not permit piecemeal adjudication of Plaintiff's case, thus Plaintiff must include all claims he seeks to bring and defendants he intends to name in the proposed Amended Complaint.

    As Plaintiff's Motion was timely filed, the Court *sua sponte* extends the deadline for joinder of parties and amendment of pleadings to **January 23, 2012**.

    The Clerk of Court is directed to mail a copy of the *pro se* prisoner forms to Plaintiff at the address listed on the docket.

    Dated:  December 30, 2011