IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00630-REB-KLM

JOSHUA E. WINGFIELD,

    Plaintiff,

v.

S.O.R.T. SGT. CLARK,
S.O.R.T. DEPUTY BRIESKE,
S.O.R.T. DEPUTY REID,
S.O.R.T. DEPUTY WOODS, and
FOUR UNKNOWN S.O.R.T. DEPUTIES under Sgt. Clarks [sic] command on 2-23-11 who participated in the use force,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Admission and Disclosure of Late Discovery Request** [Docket No. 36; Filed March 22, 2012] (the "Motion"). In the Motion, Plaintiff seeks to replace the "4 Unknown S.O.R.T. Deputies under Sgt. Clark's command on 2-23-11 who participated in the use [of] force" named as Defendants in his Complaint [#1] with the actual names of the four deputies, which he asserts were disclosed by Defendants in February 2012. Plaintiff does not include a proposed Amended Complaint for the Court's and Defendants' review. If Plaintiff is seeking leave to file an Amended Complaint, he must file a motion which complies with the federal and local rules, namely, Fed. R. Civ. P. 15(a), 16(b), and 20(a), and which includes the proposed Amended Complaint as a document separate from the Motion. Furthermore, Plaintiff must use the form complaint prescribed by this Court. D.C.COLO.LCivR 8.2A. The Court will not permit piecemeal adjudication of Plaintiff's case, thus Plaintiff must include all claims he seeks to bring and all persons he intends to name as Defendants in the proposed Amended Complaint.[1]

    IT IS HEREBY **ORDERED** that Plaintiff's request to amend his Complaint to add the actual names of the four deputies is **DENIED without prejudice**.

---

    [1] The Court previously advised Plaintiff of these requirements in a Minute Order [#35] dated December 30, 2011.

The Clerk of Court is directed to mail a copy of the *pro se* prisoner forms to Plaintiff at the address listed on the docket.

Plaintiff further seeks to compel responses from Defendants of served interrogatories and admissions as well as production of his own medical records.

IT IS FURTHER **ORDERED** that Defendants shall file a Response to the discovery portion of Plaintiff's Motion [#36] **no later than April 12, 2012.**  Plaintiff may file a Reply to Defendants' Response **no later than April 26, 2012**.

IT IS FURTHER **ORDERED**, *sua sponte*, that the Dispositive Motions Deadline currently set for April 13, 2012 is **VACATED** and **RESET** to **May 13, 2012**.

Dated:  March 26, 2012