**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00630-REB-KLM

JOSHUA E. WINGFIELD,

     Plaintiff,

v.

S.O.R.T. SGT. CLARK,
S.O.R.T. DEPUTY BRIESKE,
S.O.R.T. DEPUTY REID,
S.O.R.T. DEPUTY WOODS, and
FOUR UNKNOWN S.O.R.T. DEPUTIES, under Sgt. Clarks [*sic*] command on 2-23-11 who participated in the use force

     Defendants.

---

**FINAL JUDGMENT**

---

     This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of the United States Magistrate Judge** [#57] entered by Judge Robert E. Blackburn on January 11, 2013, which order is incorporated herein by this reference.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That **Defendants' Motion for Summary Judgment** [#45] filed May 14, 2012, is **GRANTED**;

     2. That **JUDGMENT IS ENTERED** in favor of the defendants, S.O.R.T. Sgt. Clark, S.O.R.T. Deputy Brieske, S.O.R.T. Deputy Reid, S.O.R.T. Deputy Woods, and the Four Unknown S.O.R.T. Deputies under Sgt Clarks [*sic*] command on 2-23.11 who participated in the use force, and against the plaintiff, Joshua E. Wingfield, on all claims

asserted in the complaint [#1]; and

      3.  That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 15th day of January, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                      Edward P. Butler
                      Deputy Clerk